The within Indictment was received by the Court at
_____ a.m./p.m. on _April 26_, 1994
and sealed by the Court. Bench Warrants are to be immediately
issued and turned over to the United States Marshal for
service. When the named defendants are arrested, the United
States Attorney is authorized to disclose the Indictment to
the appropriate United States Magistrate Judge.

_____
_____, S.C.
_____, 1994

U. S. Magistrate Judge

CR. NO. _____
21 USC § 846
21 USC § 856(a)(1)

A True Bill

_____
FOREMAN

FILED
APR 26 1994
LARRY W. PROPES, CLERK
U.S. DISTRICT COURT